JOSEPH H. WANEK, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— In an action for damages for breach of warranty of fitness

of food for human consumption, judgment for plaintiff affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act; order denying motion for a new trial on the ground of newly-discovered evidence affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston and Adel, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial.